THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Adam DeWayne
 Hutchins, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Spartanburg County
J. Derham Cole, Trial Judge
Doyet A. Early, III, Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-099
Submitted February 2, 2009  Filed February 24, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General, John W. McIntosh, Assistant Deputy Attorney General, Salley W.
 Elliott, Assistant Attorney General S. Prentiss Counts, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Petitioner seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).  
Because sufficient evidence supports the PCR court's finding
 Petitioner did not knowingly and intelligently waive his right to a direct
 appeal, we grant the petition for a writ of certiorari and proceed with a
 review of the direct appeal issue pursuant to Davis v. State, 288 S.C.
 290, 342 S.E.2d 60 (1986).
After a thorough review of the record and counsel's brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsel's
 motion to be relieved.[1]
APPEAL DISMISSED.
HEARN,
C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.